# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ULYSSES SANCHEZ (1),<br><br>                    Defendant. | Criminal Case No. 11CR5136-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Ulysses Sanchez is **dismissed without prejudice**. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: January 20, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

11CR5136-H